IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE RAMNANAN,** <br><br> Plaintiff, <br><br> v. <br><br> **N. ALI, et al.,** <br><br> Defendant. | Case No. 2:14-cv-01441 KJM CKD <br><br> **PROPOSED ORDER** |

Good cause appearing, Defendant's Request for Referral to Settlement Conference and thirty-day extension from the date of the conference to respond to the First Amended Complaint is GRANTED.

Dated: May 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE